# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| KEITH RANIERE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:15-CV-0540-M |
| | § | |
| MICROSOFT CORPORATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| KEITH RANIERE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:15-CV-2298-M |
| | § | |
| AT&T CORP., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Consolidate for the Purposes of Discovery and Claim Construction [Dkt. Nos. 50]. The Motion is **GRANTED**.

Pursuant to Fed. R. Civ. P. 42(a), the Court hereby CONSOLIDATES this action with 3:15-cv-2298 *Raniere v. AT&T Corp.* (N.D. Tex. filed July 10, 2015) for claim construction and discovery purposes. As the first filed case, 3:15-cv-0540 *Raniere v. Microsoft Corp.* shall serve as the lead case for consolidated matters, and all future filings shall be filed in the lead case until discovery and claim construction are complete.

**SO ORDERED**.

August 7, 2015.

_BARBARA M. G. LYNN_
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS