**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| KEITH RANIERE, Plaintiff, v. MICROSOFT CORPORATION, Defendant. | § | Civil Action No. 3:15-CV-0540-M [LEAD CASE] |
| KEITH RANIERE, Plaintiff, v. AT&T CORP. Defendant. | § | Civil Action No. 3-15-CV-2298-M |

**ORDER**

On September 28, 2015, the Court ordered Plaintiff Keith Raniere to produce to the Court and all opposing counsel the documents Plaintiff contends establish his ownership interest in the patents asserted in this litigation. In response to the Court's Order, Plaintiff's counsel submitted three documents that Plaintiff's counsel states Plaintiff "appears to have executed." Counsel asserts that, "if effective," the documents would have transferred ownership of the patents to Plaintiff from Global Technologies, Inc. ("GTI") on December 26, 2014 – more than eighteen years after Plaintiff states that GTI was administratively dissolved. In light of the production of such documents, the Court determines that Defendants are entitled to conduct discovery into

Plaintiff's standing to bring this lawsuit. This discovery will be limited to the issue of standing and must be completed by December 18, 2015.

SO ORDERED.

DATED October 14, 2015.

**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**