# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2017-1400, 2017-1401

### KEITH RANIERE,

*Plaintiff - Appellant*

v.

### MICROSOFT CORPORATION, AT&T CORP.,

*Defendants - Appellees*

Appeal from the United States District Court for the Northern District of Texas in Nos. 3:15-cv-00540-M, 3:15-cv-02298-M, Chief Judge Barbara M.G. Lynn.

## MANDATE

In accordance with the judgment of this Court, entered April 18, 2018, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs in the amount of $338.35 were determined and taxed against the appellant.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

cc: Richard Alan Cederoth
Clerk of Court, Northern District of Texas
Robert Dale Crockett
Joshua John Fougere
Christopher Wood Kennerly
Stephen Blake Kinnaird
Douglas Lewis
Chase Tajima
Igor Victor Timofeyev
Constantine L. Trela, Jr.
Lisa Dearden Trepanier